# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Yolanda T. DeBruce								Case No.: 5:18-cv-02118

    Petitioner,

    v.											**ORDER**

Warden Ronette Burkes

    Respondent.

    This is a *pro se* state prisoner habeas corpus proceeding under 28 U.S.C. § 2254(d). Following referral to a Magistrate Judge for filing of a Report & Recommendation, which Magistrate Judge has filed (Doc. 21). In the Report & Recommendation the Magistrate Judge has duly notified the petitioner of the deadline for filing objections. That time has passed without the petitioner having filed timely objections.

    On *de novo* review, find the Report & Recommendation well-taken in all respects.

    Accordingly, it is hereby

    **ORDERED THAT** the Magistrate Judge's Report & Recommendation (Doc. 21) be, and the same hereby is adopted as the order of this court, and petition be, and the same hereby is denied and dismissed, with prejudice. No Certificate of Appealability shall issue.

    So ordered.

    /s/ James G. Carr
    Sr. U.S. District Judge